UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MELISSA ARZU, Individually and as the Administrator of the Estate of KEVIN ISMAEL GREENIDGE, Deceased, and MELISSA ARZU, Individually, | : : : : : | |
| *Plaintiffs*, | : : | CIVIL ACTION Case No.: 1:23-cv-02116 (AT) |
| -against- | : : | |
| AMERICAN AIRLINES, INC., | : : | |
| *Defendant*. | : | |

# DEFENDANT AMERICAN AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant American Airlines, Inc., by and through its undersigned counsel, hereby files this Corporate Disclosure Statement pursuant to the provisions of Federal Rule of Civil Procedure 7.1.

1. The parent corporation of American Airlines, Inc. is American Airlines Group, Inc., a publicly-held corporation. American Airlines Group, Inc. owns 100% of American Airlines, Inc.'s stock.

2. Defendant American Airlines, Inc. is incorporated in the state of Delaware with its principal place of business in Fort Worth, Texas.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

By: /s/ *Argia J. DiMarco*

1

|  |  |
|---|---|
|  | Daniel Z. Rivlin (NY ID 4054359)<br>Argia J. DiMarco (NY ID 5603618)<br>550 Broad Street, Suite 810<br>Newark, NJ 07102<br>Phone: (973) 424-9800<br>Fax: (973) 273-9430<br>E-mail: argia.dimarco@bipc.com<br>         daniel.rivlin@bipc.com<br><br>Kelly Kolb (*pro hac vice*)<br>401 E. Las Olas Blvd., Suite 2500<br>Fort Lauderdale, FL 33301<br>Phone: (954) 703-3900<br>Fax: (954) 527-9915<br>E-mail: kelly.kolb@bipc.com |
| Dated: April 6, 2023 | *Counsel for Defendant American Airlines, Inc*. |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, April 6, 2023, I caused a true and correct copy of the foregoing Defendant American Airlines, Inc.'s Corporate Disclosure Statement to be served upon all counsel of record electronically via the Court's CM/ECF filing system.

                                      **BUCHANAN INGERSOLL & ROONEY PC**

                                      By: */s/ Argia J. DiMarco*
                                      Argia J. DiMarco (NY ID 5603618)

Dated: April 6, 2023