USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2023

# RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP

551 FIFTH AVENUE, 29TH FLOOR
NEW YORK, NEW YORK 10176
Tel: (212) 684-1880
Fax: (212) 689-8156
www.rheingoldlaw.com

DAVID B. RHEINGOLD◊
THOMAS P. GIUFFRA♦
EDWARD A. RUFFO♦
SHERRI L. PLOTKIN♦
JEREMY A. HELLMAN♦
KELLY MULHOLLAND

Of Counsel
PAUL D. RHEINGOLD‡●

*Also Admitted In*:
D.C. ‡
Virginia ◊
New Jersey ♦
Massachusetts ●

May 9, 2023

**VIA ECF**
Hon. Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007 – 1312

    Re:    Arzu et al v. American Airlines, Inc.
            Docket No. : 1:23-cv-02116-AT

Dear Judge Torres:

    This office represents the plaintiff in the above matter. I am submitting this letter with the consent and approval of defense counsel Kelly Kolb. We are jointly requesting that the time for parties to file a joint letter and a jointly proposed Case Management Plan and Scheduling Order, in accordance with Rule 16 of the Federal Rules of Civil Procedure to be extended by at least 30 days. Currently, it is due by May 12, 2023.

    Defendant asked for and was granted an extension of time to Answer or otherwise respond to plaintiff's Complaint until May 19, 2023. Based on the foregoing, we respectfully request an extension of time of at least 30 days to file the joint orders.

    Thank you for your attention to this matter.

GRANTED in part, DENIED in part. By **May 26, 2023**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 10, 2023
        New York, New York

_____
ANALISA TORRES
United States District Judge