```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Arzu et al.,

                    Plaintiffs,

-against-

American Airlines, Inc.,

                    Defendant.

1:23-cv-02116 (SDA)

ORDER SCHEDULING TELEPHONIC
<u>INITIAL PRETRIAL CONFERENCE</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    An Initial Pretrial Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure will be held on Thursday, May 25, 2023, at 11:00 a.m. EST. The conference shall be conducted by telephone. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

    **Rule 16(b) Conference.** The parties are required to discuss at the conference the subjects set forth in Rule 16(b) and (c) of the Federal Rules of Civil Procedure.

    **Rule 26(f) Conference.** Counsel for the parties are directed to confer at least 21 days before the date of the Initial Case Management Conference to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure. The parties shall comply with their Rule 26(a) initial disclosure obligations no later than 14 days after the parties' Rule 26(f) conference.

    **Proposed Case Management Plan.** The parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-stewart-d-aaron at least one week prior to the scheduled conference. Counsel who disagree about the dates or other terms of the proposed schedule shall also file, on the same date, a joint letter briefly explaining the dispute.

**Attendance.** Counsel who attend the conference must have their appearance on file, and must be familiar with and prepared to discuss the facts and legal issues in the case, as well as the scope of damages. Counsel should expect to be asked specific questions concerning the case, and should be prepared to set forth all known facts that support any issue, claim or defense, including any claim for or defense to damages.

**ECF.** Pursuant to Local Rule 5.2 and Electronic Case Filing Rule 1.1, all documents required to be filed with the Court must be filed electronically, unless expressly exempted by local rule or an Order of the Court. Accordingly, all counsel for the parties shall register with the Clerk's office for electronic filing. Counsel need only register one time in the Southern District; it is not necessary to register in every case in which counsel is involved. Information on electronic filing can be found on the ECF section of the Court's website at https://nysd.uscourts.gov/electronic-case-filing.

**SO ORDERED.**

Dated:   New York, New York
         May 12, 2023

_____
STEWART D. AARON
United States Magistrate Judge