**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MELISSA ARZU, Individually and as the Administrator of the Estate of KEVIN ISMAEL GREENIDGE, Deceased and MELISSA ARZU Individually,<br><br>　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>AMERICAN AIRLINES, INC.,<br><br>　　　　　　　　　　Defendant. | CIVIL ACTION<br><br>Case No.: 1:23-cv-02116 (AT)<br><br>**NOTICE OF MOTION** |

**TO: THE ABOVE-CAPTIONED COURT, ALL PARTIES AND ALL COUNSEL**

　　PLEASE TAKE NOTICE that upon the pleadings and proceedings in the above captioned matter and the accompanying Memorandum of Law, Defendant American Airlines, Inc. (AA) will move this Court, on a date to be scheduled by the Court, for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), dismissing Plaintiffs' Complaint for lack of personal jurisdiction over AA and for failure to state a claim upon which relief can be granted.

Dated: May 19, 2023
New York, New York

1

BUCHANAN INGERSOLL & ROONEY PC

/s/ Kelly H. Kolb
Kelly Kolb, Esq. Admitted Pro Hac Vice
kelly.kolb@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
401 E. Las Olas Blvd., Suite 2500
Fort Lauderdale, FL  33301
Tel: 954-703-3900

Daniel Z. Rivlin (NY ID 4054359)
Argia J. DiMarco (NY ID 5603618)
550 Broad Street, Suite 810
Newark, NJ 07102
Phone: (973) 424-9800
Fax: (973) 273-9430
E-mail: argia.dimarco@bipc.com
daniel.rivlin@bipc.com
*Attorneys for Defendant American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2023, I caused to be electronically filed the foregoing Notice of Appearance of Kelly H. Kolb with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access the filing through the Court's CM/ECF System.

DATED:  New York, New York
May 19, 2023

/s/ Kelly H. Kolb
Kelly Kolb, Esq.