UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA ARZU, Individually and as the Administrator of the Estate of KEVIN ISMAEL GREENIDGE, Deceased and MELISSA ARZU Individually,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>AMERICAN AIRLINES, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 1:23-cv-02116<br><br>**NOTICE OF MOTION** |

| | |
|---|---|
| **Motion By:** | MELISSA ARZU, Individually and as the Administrator of the Estate of KEVIN ISMAEL GREENIDGE, Deceased and MELISSA ARZU Individually, Plaintiffs |
| **Place of Hearing:** | This motion is returnable in the United States District Court, Southern District of New York, 500 Pearl Street, Courtroom 11C, New York, NY 10007, before the Honorable Magistrate Judge Stewart D. Aaron. |
| **Supporting Papers:** | Memorandum of Law of Jeremy A. Hellman, Declaration of Jeremy A. Hellman with accompanying exhibits, Declaration of Melissa Arzu. |
| **Relief Demanded:** | An order pursuant to Federal Rules of Civil Procedure §15(2) permitting plaintiffs to amend their complaint to add specific jurisdiction as a basis for personal jurisdiction in this matter as well as Long Arm jurisdiction under CPLR §302(a)(1)(2)(3) and due process. |

Dated: July 28, 2023
　　　　New York, NY

　　　　　　　　　　　　　RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP
　　　　　　　　　　　　　*Attorneys for Plaintiffs*

　　　　　　　　　　　　　/s/ Jeremy A. Hellman
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　By:　Jeremy A. Hellman
　　　　　　　　　　　　　551 Fifth Avenue, 29th Floor
　　　　　　　　　　　　　New York, NY 10176
　　　　　　　　　　　　　Tel: (212) 684-1880
　　　　　　　　　　　　　Fax: (212) 689-8156

jhellman@rheingoldlaw.com

I certify that a true copy of the above document was served upon each attorney of record by ECF on July 28, 2023

/s/ Jeremy A. Hellman