UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA ARZU, Individually and as the Administrator of the Estate of KEVIN ISMAEL GREENIDGE, Deceased and MELISSA ARZU Individually,<br><br>     Plaintiffs,<br><br>-against-<br><br>AMERICAN AIRLINES, INC.,<br><br>     Defendant. | Case No. 1:23-cv-02116<br><br>**DECLARATION** |

  MELISSA ARZU, pursuant to 28 U.S.C. § 1746, deposes and declares that the following is true under penalties of perjury:

1. I am the plaintiff in this matter, and the Administrator of the Estate of KEVIN ISMAEL GREENIDGE, who is my son.

2. I currently reside at 1216 Burke Avenue, Apt. 3G, Bronx, New York 10469. My son is Kevin Ismael Greenidge, who passed away on June 4, 2022.

3. From the time Kevin Ismael Greenidge was born until the day he passed, his primary, and only, residence, was with me at 1216 Burke Avenue, Apt. 3G, Bronx, New York 10469.

4. At the time of his passing, Kevin was on a flight from Honduras (San Pedro airport, Aeropuerto Ramón Villeda Morales), to Miami, Florida, and he had a connecting flight from Miami to La Guardia airport. All of these flights were operated by American Airlines, Inc. Due to the incident, the Honduras-Miami flight ended up diverting and landing in Cancun, Mexico.

5. My mother, Ana Arzu, purchased the ticket for Kevin from Pacheco Travel, a travel agency in Brooklyn, New York.

Dated: Bronx, New York
July 14, 2023

                      _____
                      Melissa Arzu