USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Melissa Arzu,

                Plaintiff,

-against-

American Airlines, Inc.,

                Defendants.

1:23-cv-02116 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today with the parties, for the reasons stated on the record, it is hereby ORDERED as follows:

1. No later than Friday, July 14, 2023, Plaintiff shall file her opposition to Defendant's Motion to Dismiss (ECF No. 20).

2. No later than Friday, July 28, 2023, Defendant shall file any reply to Plaintiff's opposition.

Discovery in this action is stayed pending determination of the pending Motion to Dismiss, except for jurisdictional discovery.

**SO ORDERED.**

Dated:    New York, New York
          May 25, 2023

_____
STEWART D. AARON
United States Magistrate Judge