**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MELISSA ARZU, INDIVIDUALLY AND AS THE ADMINISTRATOR OF THE ESTATE OF KEVIN ISMAEL GREENIDGE, DECEASED, AND MELISS ARZU INDIVIDUALLY,<br><br> *Plaintiffs*,<br><br> v.<br><br> AMERICAN AIRLINES, INC.,<br><br> *Defendant*. | CASE NO.1:23-cv-02116 |

**DEFENDANT AMERICAN AIRLINES, INC.'S RESPONSE**
**TO PLAINTIFFS' FIRST DOCUMENT DEMANDS**
**REGARDING JURISDICTIONAL DEFENSES**

TO:  Thomas P. Giuffra
**RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP**
551 Fifth Avenue, 29th Floor
New York, NY 10176
tgiuffra@reheingoldlaw.com

*Attorneys for Plaintiffs*

COUNSEL:

Defendant American Airlines, Inc. ("AA") hereby responds to Plaintiffs' First Document Demands Regarding Jurisdictional Defenses.  The information set forth below reflects AA's best present knowledge based upon review and investigation to date at this incipient stage of the case. AA reserves the right to amend or supplement these answers or objections as may be necessary or appropriate in the future or as the discovery of additional or further information may warrant.

Sincerely,


By: _____ /s/ Kelly H. Kolb _____

        Jesse H. Diner, Esq.

        Florida Bar No. 161472

        Kelly H. Kolb, Esq.

        Florida Bar No. 0343330

        **BUCHANAN INGERSOLL & ROONEY, PC**

        401 E. Las Olas Boulevard, Suite 2250

        Fort Lauderdale, FL 33301-4251

        Tel:  (954) 468-2300

        Fax:  (954) 527-9915

        E-mail: kelly.kolb@bipc.com

        E-mail: jesse.diner@bipc.com

        *Counsel for Defendant*


Dated:  June 26, 2023

## RESPONSES TO REQUESTS FOR PRODUCTION

1.      Documentation regarding the airline ticket that Kevin Ismael Greenidge was using at the time of the incident, including connecting flights.

**RESPONSE:**  Defendant objects to this Request as vague and ambiguous.  Plaintiffs' Requests fail to define key terms and this Request fails to describe the "documentation" to be produced with reasonable particularity by item or category of item in violation of Federal Rule of Civil Procedure 36(b)(1)(A) ("a request must describe with reasonable particularity each item or category of item to be inspected").  A document request, such as this, which simply asks for all documents or policies "related to" or "evidencing" a particular issue or person is not reasonably particular as a matter of law.

Subject to and without waiving the foregoing objections, and pending a refinement of this Request to comply with the specificity requirements of Rule 36(b)(1)(A), AA produces the Passenger Name Record for Mr. Greenidge bates-stamped as AA 000001-8.

2.      Documentation regarding the purchase of the airline ticket that Kevin Ismael Greenidge was using at the time of the incident, including connecting flights.

**RESPONSE:**  Defendant objects to this Request as vague and ambiguous.  Plaintiffs' Requests fail to define key terms and this Request fails to describe the "documentation" to be produced with reasonable particularity by item or category of item in violation of Federal Rule of Civil Procedure 36(b)(1)(A) ("a request must describe with reasonable particularity each item or category of item to be inspected").  A document request, such as this, which simply asks for all documents or policies "related to" or "evidencing" a particular issue or person is not reasonably particular as a matter of law.

Subject to and without waiving the foregoing objections, and pending a refinement of this Request to comply with the specificity requirements of Rule 36(b)(1)(A), AA responds that it has

no documents responsive to this Request.

3.      Copy of the ticket, receipt and itinerary for the trip that Kevin Ismael Greenidge was on at the time of the incident, including connecting flights.

**RESPONSE:**

AA responds that it has no documents responsive to the portions of this Request seeking a copy of the ticket or receipt for the trip.  Regarding the itinerary, please see documents bates-stamped AA 000001-8.

4.      A copy of all leases that were in effect on March 13, 2023 (date complaint filed), that Defendant has entered into for the following items in the State of New York: properties, buildings, land, real estate, equipment, machinery, airplanes, hangars and any other items leased by the Defendant.

**RESPONSE:** AA objects to this Request as overbroad, unduly burdensome, and that, even if it sought relevant evidence, the burden that gathering the information would place on AA is out of proportion with the needs of the case.

AA objects to this Request since Plaintiffs' Request improperly seeks the disclosure of confidential financial information including lease terms, options, rates, etc.  Such financial information is not within the scope of permissible discovery as framed by the pleadings in this lawsuit.

AA objects to this Request as irrelevant and exceeding the scope of permissible discovery as framed by the pleadings in this lawsuit in that Plaintiffs do not allege that any act or omission relating to AA's property holdings or leases in New York caused or contributed to the incident which is the basis of this lawsuit.  "[W]hen a corporation is neither incorporated nor maintains its principal place of business in a state, mere contacts, no matter how 'systematic and continuous,'

4

are exceptionally unlikely to add up to an 'exceptional case'" justifying the exercise of general jurisdiction. *Brown v Lockheed Martin Corp.,* 814 F.3d 619, 628-30 (2d Cir. 2016); *see also In re Petrobras Sec. Litig.*, 393 F. Supp. 3d 376, 382-83 (S.D.N.Y. 2019) ("even extensive business contacts such as significant physical infrastructure and thousands of employees in a particular state do not constitute such an exceptional case[ and] are far from sufficient to subject Petrobras to the general personal jurisdiction of court").

Because the information sought is not proportional to the needs of this case considering the minimal importance of the information sought to the jurisdictional basis of this lawsuit, the amount of time that would be necessary to locate responsive materials which far outweighs the likely benefit of production of responsive materials.  AA is withholding potentially responsive materials on the basis of these objections.

5. A listing of all items and things, properties, buildings, land, real estate, equipment, machinery, airplanes, hangars, and any other items owned by Defendant on March 13, 2023 (date complaint filed) in the state of New York.

**RESPONSE:**  AA objects to this Request as it improperly demands AA create materials for the sake of litigation – *i.e.*, a list of property.  AA also objects to this Request as overbroad, unduly burdensome, and that, even if it sought relevant evidence, the burden that gathering the information would place on AA is out of proportion with the needs of the case.

AA objects to this Request since Plaintiffs' Request improperly seeks the disclosure of confidential financial information, which is not within the scope of permissible discovery as framed by the pleadings in this lawsuit.

AA objects to this Request as exceeding the scope of permissible discovery as framed by the pleadings in this lawsuit in that Plaintiff does not allege that any act or omission relating to

AA's property holdings or leases in New York caused or contributed to the incident made the basis of this lawsuit.  "[W]hen a corporation is neither incorporated nor maintains its principal place of business in a state, mere contacts, no matter how 'systematic and continuous,' are exceptionally unlikely to add up to an 'exceptional case'" justifying the exercise of general jurisdiction.  *Brown v Lockheed Martin Corp.,* 814 F.3d 619, 628-30 (2d Cir. 2016); *see also In re Petrobras Sec. Litig.*, 393 F. Supp. 3d 376, 382-83 (S.D.N.Y. 2019) ("even extensive business contacts such as significant physical infrastructure and thousands of employees in a particular state do not constitute such an exceptional case[ and] are far from sufficient to subject Petrobras to the general personal jurisdiction of court"); *accord Hitachi Data Sys. Credit Corp. v Precision Discovery, Inc*., 331 F. Supp. 3d 130, 142 (S.D.N.Y. 2018).

Because the information sought is not proportional to the needs of this case considering the minimal importance of the information sought to the jurisdictional basis of this lawsuit, the amount of time that would be necessary to locate responsive materials which far outweighs the likely benefit of production of responsive materials.

6.      A listing of all litigation that American Airlines, Inc. was a party to on March 13, 2023 (date complaint filed) in the State of New York, whether State, Federal, Administrative or other litigation

**RESPONSE:**  AA objects to this Request as it improperly demands AA create materials for the sake of litigation – *i.e.*, a list of pending litigation.  AA also objects to this Request as overbroad, unduly burdensome, and that, even if it sought relevant evidence, the burden that gathering the information would place on AA is out of proportion with the needs of the case.

AA objects to this Request as irrelevant and exceeding the scope of permissible discovery as framed by the pleadings in this lawsuit in that the volume of litigation pending against or filed

by AA and involving different claims, facts, jurisdictional allegations, and defenses is not material to the Court's exercise of general jurisdiction over AA, which is solely determined by the State of AA's incorporation and location of its principal place of business.   Thus, any responsive information would not tend to make a fact of consequence to the Court's jurisdictional determination more or less probable.   *See* Fed. R. Evid. 401.

AA also objects to this Request to the extent it seeks information in the public record that is readily accessible to Plaintiffs without subjecting AA to unreasonable burden and expense.

7.      A listing of all litigation cases that American Airlines, Inc. filed in the State of New York (whether State, Federal, Administrative, or other litigation) between March 13, 2018 and March 13, 2023 (date complaint filed).

**RESPONSE:**  AA objects to this Request as it improperly demands AA create materials for the sake of litigation – *i.e.*, a list of pending litigation filed by AA.  AA also objects to this Request as overbroad, unduly burdensome, and that, even if it sought relevant evidence, the burden that gathering the information would place on AA is out of proportion with the needs of the case.

AA objects to this Request as irrelevant and exceeding the scope of permissible discovery as framed by the pleadings in this lawsuit in that the volume of litigation pending against or filed by AA and involving different claims, facts, jurisdictional allegations, and defenses is not material to the Court's exercise of general jurisdiction over AA, which is solely determined by the State of AA's incorporation and location of its principal place of business.   Thus, any responsive information would not tend to make a fact of consequence to the Court's jurisdictional determination more or less probable.   *See* Fed. R. Evid. 401.

AA also objects to this Request to the extent it seeks information in the public record that is readily accessible to Plaintiffs without subjecting AA to unreasonable burden and expense.

8.      A listing of all offices/addresses that Defendant had in the State of New York as of March 13, 2023 (date complaint filed).

**RESPONSE:**  AA objects to this Request as it improperly demands AA create materials for the sake of litigation – *i.e.*, a list of offices/addresses.  AA also objects to this Request as overbroad, unduly burdensome, and that, even if it sought relevant evidence, the burden that gathering the information would place on AA is out of proportion with the needs of the case.

AA objects to this Request as irrelevant and exceeding the scope of permissible discovery as framed by the pleadings in that Plaintiff does not allege that any act or omission relating to AA's offices/addresses in New York caused or contributed to the incident made the basis of this lawsuit. Because the information sought is not proportional to the needs of this case considering the minimal importance of the information sought to the jurisdictional basis of this lawsuit, the amount of time that would be necessary to locate responsive materials which far outweighs the likely benefit of production of responsive materials.  AA also objects to this Request to the extent it seeks information in the public record that is readily accessible to Plaintiffs.

9.      A listing of all employees defendant had in the State of New York as of March 13, 2023 (date complaint filed) with their respective job titles.

**RESPONSE:**  AA objects to this Request as it improperly demands AA create materials for the sake of litigation – *i.e.*, a list of employees based in or overnighting in New York on March 13, 2023..  AA also objects to this Request as overbroad, unduly burdensome, and that, even if it sought relevant evidence, the burden that gathering the information would place on AA is out of proportion with the needs of the case.

AA further objects to this Request as invading the privacy rights of its employees based in or overnighting in New York on March 13, 2023, the disclosure of which would or could be harmful or in violation of applicable law.

AA objects to this Request as irrelevant and exceeding the scope of permissible discovery as framed by the pleadings in that Plaintiff does not allege that any act or omission of any AA employee based in or overnighting in New York caused or contributed to the incident made the basis of this lawsuit..  Because the information sought is not proportional to the needs of this case considering the minimal importance of the information sought to the jurisdictional basis of this lawsuit, the amount of time that would be necessary to locate responsive materials which far outweighs the likely benefit of production of responsive materials.  The mere presence of AA employees in the State of New York is not material to the Court's exercise of general jurisdiction over AA, which is solely determined by the State of AA's incorporation and location of its principal place of business.  Thus, any responsive information would not tend to make a fact of consequence to the Court's jurisdictional determination more or less probable.  *See* Fed. R. Evid. 401.

10.    A listing of all flights that defendant operated within the State of New York on March 13, 2023.

**RESPONSE**:  AA objects to this Request as it improperly demands AA create materials for the sake of litigation – *i.e.*, a list of flights.  AA also objects to this Request as overbroad, unduly burdensome, and that, even if it sought relevant evidence, the burden that gathering the information would place on AA is out of proportion with the needs of the case.

AA objects to this Request as irrelevant and exceeding the scope of permissible discovery as framed by the pleadings in that Plaintiff does not allege that AA's flight operations in New York

caused or contributed to the incident made the basis of this lawsuit or that Mr. Greenidge was injured on a flight departing from or terminating in New York. The mere presence of AA employees in the State of New York is not material to the Court's exercise of general jurisdiction over AA, which is solely determined by the State of AA's incorporation and location of its principal place of business. Thus, any responsive information would not tend to make a fact of consequence to the Court's jurisdictional determination more or less probable. *See* Fed. R. Evid. 401. Thus, the information sought is not proportional to the needs of this case considering the minimal importance of the information sought to the jurisdictional basis of this lawsuit.

11.     A copy of all contracts that were in effect on March 13, 2023 (date complaint was filed) that Defendant had entered into with regard to services in the State of New York.

**RESPONSE:** AA objects to this Request as overbroad, vague, and ambiguous. There is no indication as to what "services" are the focus of this Request. The Request fails to identify the documents requested with reasonable particularity as required by Fed. R. Civ. Proc. 34(b).

AA further objects to this Request since Plaintiffs' Request improperly seeks the disclosure of confidential financial included in its contracts for "services." Such financial information is not within the scope of permissible discovery as framed by the pleadings in this lawsuit.

AA further objects to this Request to the extent it seeks information that is trade-secret, subject to employees' and/or contracting parties' privacy rights, or otherwise proprietary in nature, the disclosure of which would or could be harmful or in violation of applicable law.

AA objects to this Request as irrelevant and exceeding the scope of permissible discovery as framed by the pleadings in this lawsuit in that Plaintiff does not allege that AA's contracts for "services" in New York caused or contributed to the incident made the basis of this lawsuit. Thus, any responsive information would not tend to make a fact of consequence to the Court's

jurisdictional determination more or less probable.  *See* Fed. R. Evid. 401.  Because the information sought is not proportional to the needs of this case considering the minimal importance of the information sought to the jurisdictional basis of this lawsuit, the amount of time that would be necessary to locate responsive materials is unduly burdensome and far outweighs the likely benefit of production of responsive materials.  AA is withholding potentially responsive materials on the basis of these objections.

12.     Documentation regarding where and when the AED machine on board the subject flight was serviced, maintained, repaired and installed.

**RESPONSE:**  .  AA objects to this Request as overly broad in scope given its unlimited time range.  Subject to and notwithstanding the foregoing objections, AA produces the AED Maintenance History, AED Log Book and AED Deferral, documents bates-stamped as AA 000009-12.

13.     Records of service, maintenance, repair and installation of the AED machine on board the subject flight.

**RESPONSE:**  AA objects to this Request as overly broad in scope given its unlimited time range.  Subject to and notwithstanding the foregoing objections, see documents bates-stamped as AA 000009-12.

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2023, the foregoing ***Defendant American Airlines, Inc.'s Responses to Plaintiffs' First Document Demands Regarding Jurisdictional Defenses*** was served in accordance with the Federal Rules of Civil Procedure and/or the Southern District of New York Local Rules via electronic mail upon the following parties and participants:

Thomas P. Giuffra
**RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP**
551 Fifth Avenue, 29th Floor
New York, NY 10176
tgiuffra@reheingoldlaw.com

By:  */s/ Kelly H. Kolb*
　　　　Kelly H. Kolb

## American Airlines

| Record Locator: | UIGUYU | Sabre Status | Purged | Report Date & Time:  Jul 15, 2022 10:11:16 AM |
|---|---|---|---|---|

**Passenger Information**

| Pax nbr | Name | Grp Qty | Group |
|---|---|---|---|
| 1.01 | GREENIDGE/KEVIN | | |

**Flight Information**

| Seg Nbr | Flight | Class | Date | Dep | Arv | Stat | Qty | Dep Time | Arv Time | Operat Flight | Operat Class | Operat Rec Loc | Market Flight | Market Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AA1249 | B | May 28, 2022 | LGA | MIA | HK | 1 | 06:00 | 09:15 | | | | | |
| 2 | AA1635 | B | May 28, 2022 | MIA | SAP | HK | 1 | 11:30 | 11:53 | | | | | |
| 3 | AA1171 | B | Jun 4, 2022 | MIA | LGA | NO | 1 | 19:39 | 22:40 | | | | | |
| 4 | AA614 | B | Jun 4, 2022 | CUN | MIA | HK | 1 | 22:30 | 17:19 | | | | | |

**Ticket Information**

| Seq Nbr | Ticket or TLT Text |
|---|---|
| 1 | T-03APR |
| 2 | TE 0017757081867 GREEN/K SYSSYS 2002/03APR* |
| 3 | TK 0010266021088 ARZU/A SAP5SSM 1105/04JUN |
| 4 | TK 0010266021090 GREEN/K SAP5SSM 1105/04JUN |

**Phone Information**

| Seq Nbr | City | Phone Number | Type |
|---|---|---|---|
| 1 | MIA | 347 964 2418 PACHECOS | O |

**Pre Requested Seats Info**

| Seq Nbr | Pax Nbr | Airline | Flight | Class | Seat | Depart | Arrive | Status | Type | | | Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | AA | 1249 | B | 32B | LGA | MIA | HK | N | P | G | GREENIDGE, KEVIN |
| 2 | 2 | AA | 1635 | B | 28B | MIA | SAP | HK | N | P | G | GREENIDGE, KEVIN |

**Agency IATA Information**

| Agency IATA |
|---|
| 33616343 |

**OSI Info**

| Seq Nbr | OSI Type | OSI Text |
|---|---|---|
| 1 | AA FACTS | OSI AA CTCP MIA347 964 2418 PACHECOS |
| 2 | AA FACTS | OSI AA TCP2 1GREENIDGE/KEVIN |
| 3 | AA FACTS | OSI AA WAIVER 24HR |
| 4 | AA FACTS | OSI AA RLOC HDQ1SUDUZFG |

**SSR**

| SSR Seq | SSR Type | Airline | Status | Qty | Board | Arrive | Flight | Class | Date | SSR Text |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | YADT | | NN | 1 | | | | | | YADT  /15MAR08 NN1 |
| 2 | TKNE | AA | HK | 1 | LGA | MIA | 1249 | B | May 28, 2022 | LGAMIA1249B28MAY/0017757081867C1 |
| 3 | TKNE | AA | HK | 1 | MIA | SAP | 1635 | B | May 28, 2022 | MIASAP1635B28MAY/0017757081867C2 |
| 4 | BESH | AA | NN | 1 | | | 1249 | B | May 28, 2022 | 1249B28MAY/NN1 |
| 5 | BESH | AA | NN | 1 | | | 1635 | B | May 28, 2022 | 1635B28MAY/NN1 |
| 6 | DBSS | | NN | 2 | | | | | | /AA1635IMIASAP202205281530AUCB202205281753LGASAP202205280930 NN2 |
| 7 | PCTC | AA | HK | | | | | | | PSGR/DECLINED |
| 8 | PCTC | AA | HK | | | | | | | KEVIN GREENIDGE/US4685341275 |
| 9 | PTPH | AA | HK | 1 | | | | | | PTPH AA HK1/10000000000 |

AA 000001

**American Airlines**

| Record Locator: | UIGUYU | Sabre Status | Purged | | Report Date & Time:  Jul 15, 2022 10:11:16 AM |
|---|---|---|---|---|---|

**SSR**

| SSR Seq | SSR Type | Airline | Status | Qty | Board | Arrive | Flight | Class | Date | SSR Text |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | PTEM | AA | HK | 1 | | | | | | PTEM AA HK1/NOEMAILADDRESS//NULL.COM |
| 11 | WCHR | | NN | 1 | | | | | | 1 |
| 12 | IRSS | | NN | 1 | | | | | | /AA0614ISAPMIA202206041851DLYB202206050240SAPLGA202206071851Y0 NN1 |
| 13 | DOCS | AA | HK | 1 | | | | | | /P/USA/658829274/USA/15MAR08/M/12AUG26/GREENIDGE/KEVIN/ISMAEL//S1 |
| 14 | DOCA | AA | HK | 1 | | | | | | /R/US |
| 15 | PCTC | AA | HK | | | | | | | PSGR/DECLINED |
| 16 | PCTC | AA | HK | | | | | | | KEVIN GREENIDGE/US4685341275 |
| 17 | ADTK | YY | KK | 1 | | | | | | ADTK YY KK01 AA WILL CANCEL IF NO TKT BY 2359 04APR CST |
| 18 | SEAT | AA | KK | 1 | LGA | MIA | 1249 | B | May 28, 2022 | LGAMIA1249B28MAY-1ARZU/ANNA VICTORIA.32AC |
| 19 | SEAT | AA | KK | 1 | LGA | MIA | 1249 | B | May 28, 2022 | LGAMIA1249B28MAY-1GREENIDGE/KEVIN.32BC |
| 20 | SEAT | AA | KK | 1 | MIA | SAP | 1635 | B | May 28, 2022 | MIASAP1635B28MAY-1ARZU/ANNA VICTORIA.28AC |
| 21 | SEAT | AA | KK | 1 | MIA | SAP | 1635 | B | May 28, 2022 | MIASAP1635B28MAY-1GREENIDGE/KEVIN.28BC |
| 22 | SEAT | AA | KK | 1 | MIA | LGA | 1171 | B | Jun 4, 2022 | MIALGA1171B04JUN-1ARZU/ANNA VICTORIA.32AC |
| 23 | SEAT | AA | KK | 1 | MIA | LGA | 1171 | B | Jun 4, 2022 | MIALGA1171B04JUN-1GREENIDGE/KEVIN.32BC |
| 24 | SEAT | AA | NO | 1 | MIA | LGA | 1171 | B | Jun 4, 2022 | MIALGA1171B04JUN-1ARZU/ANNA VICTORIA.32A |
| 25 | SEAT | AA | NO | 1 | MIA | LGA | 1171 | B | Jun 4, 2022 | MIALGA1171B04JUN-1GREENIDGE/KEVIN.32B |
| 26 | SEAT | AA | NO | 1 | SAP | MIA | 614 | B | Jun 4, 2022 | SAPMIA0614B04JUN-1GREENIDGE/KEVIN.32D |
| 27 | SEAT | AA | NO | 1 | MIA | LGA | 1735 | B | Jun 5, 2022 | MIALGA1735B05JUN-1GREENIDGE/KEVIN.27E |

**Remarks Information**

| Seq Nbr | Type | Remarks Text |
|---|---|---|
| 1 | H- | DOX OK |
| 2 | H- | TIMATIC AUTOCHECK - CONDITIONAL ID 1 |
| 3 | H- | MESSAGE - TMID 10672 |
| 4 | H- | N PARSAN/LGA/28MAY/0442AM |
| 5 | H- | DOX OK |
| 6 | H- | TIMATIC AUTOCHECK - CONDITIONAL ID 1 |
| 7 | H- | MESSAGE - TMID 10672 |
| 8 | H- | N PARSAN/LGA/28MAY/0444AM |
| 9 | H- | /OSO$04JUN13 |
| 10 | H- | /OSO$DLY$INTL$04JUN |
| 11 | | BAG-01UPTO50LB 23KG AND62LI  30.00USD |
| 12 | | BAG-01UPTO50LB 23KG AND62LI  30.00USD |
| 13 | | BAG-TAG ACCEPTED 5001914937 04JUN2022 1208/SAP/8MSG |
| 14 | | BAG-TAG ACCEPTED 5001914939 04JUN2022 1208/SAP/8MSG |
| 15 | | BAG-SELFTAG 914937 D ACTIVATED BY 737564 04JUN2022 1208/SAP |
| 16 | | BAG-SELFTAG 914939 D ACTIVATED BY 737564 04JUN2022 1208/SAP |
| 17 | H- | /OSO$04JUN13 |

AA 000002

**American Airlines**

| Record Locator:  UIGUYU | Sabre Status | Purged | Report Date & Time:  Jul 15, 2022 10:11:16 AM |
|---|---|---|---|

**Remarks Information**

| Seq Nbr | Type | Remarks Text |
|---|---|---|
| 18 | H- | /OSO$DLY$INTL$04JUN |
| 19 | H- | /OSO$04JUN13 |
| 20 | H- | /OSO$DLY$INTL$04JUN |
| 21 | H- | /OSO$04JUN13 |
| 22 | H- | /OSO$DLY$INTL$04JUN |
| 23 | H- | /OSO$04JUN13 |
| 24 | H- | /OSO$DLY$INTL$04JUN |
| 25 | H- | C-***************************************************** |
| 26 | H- | C-****CUSTOMER ILLNESS   EVENT 220601262  ***** |
| 27 | H- | C-0614/4 SAP-MIA DIVERTED CUN ACCOUNT 14YRS MALE |
| 28 | H- | C-PASSENGER KEVIN GREENIDGE UNCONSCIOUS AND HAD NO PULSE. |
| 29 | H- | C-DOCTOR AND NURSE ONBOARD RENDERED AID. EMERGENCY WAS |
| 30 | H- | C-DECLARED AND FLIGHT LANDED OVERWEIGHT WITHOUT INCIDENT |
| 31 | H- | C-PARAMEDICS MET THE FLIGHT AND TRANSPORTED PASSENGER |
| 32 | H- | C-TO HOSPITAL. PASSENGER WILL REQUIRE A MEDICAL CERTIF |
| 33 | H- | C-STATING HE IS STABLE FOR AIR TRAVEL. |
| 34 | H- | C-SCSM/JTORRES/4JUN22. |
| 35 | H- | C-***************************************************** |
| 36 | H- | ***************************************************** |
| 37 | H- | -***CUSTOMER WAS TAKEN BY PARAMEDICS TO********* |
| 38 | H- | ***AMERIMED CANCUN HOPITAL*********************** |
| 39 | H- | ***************************************************** |
| 40 | | DIVIDED/CUN55RL 0825/05JUN22 LRCITD |
| 41 | H- | SPLIT FR/082547/05JUN22 LRCITD 02/02 01/01 GREENIDGE/KEVI |
| 42 | H- | ORIG PNR SIGNATURE PLT.PLTRM1S |
| 43 | H- | ***************************************************** |
| 44 | H- | COMPANION REPORTED AT GATE FOR FLT 614 THAT PAX |
| 45 | H- | KEVIN IN WCHR WAS ASTHMATIC AND DIABETIC AND SHE WANTED |
| 46 | H- | TO MODIFY THEIR CONNECTION FROM MIA TO LGA FOR AN EARLIER |
| 47 | H- | FLIGHT BUT NONE WAS AVAILABLE AND PAX WAS ALREADY |
| 48 | H- | REBOOKED. PAX DIDNT NOTIFY ANY OTHER ISSUE WITH HER OR |
| 49 | H- | COMPANION IN WHCR |
| 50 | H- | ***************************************************** |
| 51 | H- | 05JUN22 -CC C CRUZ SAP 073041 AM |

## American Airlines

| Record Locator:   UIGUYU | Sabre Status   Purged | Report Date & Time:  Jul 15, 2022 10:11:16 AM |

**Received From Information**

| Trans Received From |
| HDQRM1S031747/DKAE5444C17A05/15B543000000217D 3CB1672D-001 |

**Signature Line Information**

| OA Record Locator | AAA Code | Home Station Code | TTY Office | TTY Airline or CRS Code | Duty Code | Agent Sine | Create Time | Create Date | Record Locator | Sabre Purge Date | History Indicator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HDQ1SYNKTPK/85BA/33616343/MIA/1S/T/US/USD/AS | PLT | PLT | | | | | 12:47:00 PM | Apr 3, 2022 | UIGUYU | Jun 5, 2022 | H |

**Baggage Info**

| Bag Routing Checkin Seq Nbr | Bag Routing Airline | Bag Routing Flight | Bag Routing Flight Arrive | Bag Routing Seq Nbr | History Bag Routing Seq Nbr | History Bag Routing | Bag Routing Status | Bag Psgr Checkin Seq Nbr | Bag Psgr Name | Bag Tag Destination | Bag Tag Airline | Bag Tag Number | Bag Checkin Agent | Bag Checkin Time | Bag Checkin Date | Bag Status | Bag Tag Index Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | AA | 1735 | LGA | 1 | 1 | ROUTE | REROUTE | 2 | GREENIDGE/ KEVIN | LGA | AA | 5001914939 | SAP 5SSM | 11:05:00 AM | Jun 4, 2022 | | 5 |
| 1 | AA | 614 | MIA | 1 | | | ROUTE | 2 | GREENIDGE/ KEVIN | LGA | AA | 5001914939 | SAP 5SSM | 11:05:00 AM | Jun 4, 2022 | | 5 |
| 1 | AA | 1171 | LGA | 2 | | | ROUTE | 2 | GREENIDGE/ KEVIN | LGA | AA | 5001914939 | SAP 5SSM | 11:05:00 AM | Jun 4, 2022 | | 5 |

**BPPR Status Info**

| BPPR Psgr Nbr | BPPR Psgr Name | BPPR Itn Nbr | BPPR INF Ind | BPPR Seq Nbr | BPPR Status |
|---|---|---|---|---|---|
| 2 | GREENIDGE/KEVIN | 0 | N | 3 | DHS CLEARED |
| 2 | GREENIDGE/KEVIN | 2 | N | 3 | DHS CLEARED |
| 2 | GREENIDGE/KEVIN | 3 | N | 9 | DHS CLEARED |
| 2 | GREENIDGE/KEVIN | 7 | N | 8 | DHS CLEARED |

| Hist Seq ID | Update Date/Time | Received From | AAA Code | Home Station Code | TTY Office | TTY Airline or CRS Code | Duty Code | Agent Sine | Trans Seq Nbr | Code | History Data |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | Jun 5, 2022 6:08:00 PM | PDCAAMIA | MIA | MIA | | | 5 | PD | 1 | X4S* | SSR BESH AA NN1  1735B5JUN/NN1 |
| | | | | | | | | | 2 | X3S* | SSR SEAT AA KK1  MIALGA1735B05JUN-1ARZU/ANNA VICTORIA.28EC |
| | | | | | | | | | 3 | X3S* | SSR SEAT AA KK1  MIALGA1735B05JUN-1GREENIDGE/KEVIN.27EC |
| | | | | | | | | | 4 | SC | AA 1735 B Jun05,2022 MIALGA /NS1 18:25 21:20 |
| 36 | Jun 5, 2022 5:25:00 PM | CKI | | | | | | | 1 | A3S | SSR SEAT AA NO1  MIALGA1735B05JUN-1GREENIDGE/KEVIN.27E |
| | | | | | | | | | 2 | X4G | AA1735B Jun05,2022 MIALGA HK/ 27E |
| 35 | Jun 5, 2022 10:41:00 AM | PDCAACUN | CUN | CUN | | | 5 | PD | 1 | X4S* | SSR TKNE AA HK1  SAPMIA0614B04JUN/0017757081867C3 |
| | | | | | | | | | 2 | X4S* | SSR BESH AA NN1  614B4JUN/NN1 |
| | | | | | | | | | 3 | X3S* | SSR SEAT AA KK1  SAPMIA0614B04JUN-1ARZU/ANNA VICTORIA.32CC |
| | | | | | | | | | 4 | X3S* | SSR SEAT AA KK1  SAPMIA0614B04JUN-1GREENIDGE/KEVIN.32DC |
| | | | | | | | | | 5 | A3S | SSR SEAT AA NO1  SAPMIA0614B04JUN-1GREENIDGE/KEVIN.32D |
| | | | | | | | | | 6 | X4G* | AA614B Jun04,2022 SAPMIA HK/ 32D |
| | | | | | | | | | 7 | XS | AA 614 B Jun04,2022 SAPMIA /HK1 12:51 17:19 |
| | | | | | | | | | 8 | AS | AA 614 B Jun04,2022 CUNMIA /HK1 22:30 17:19 |
| 34 | Jun 5, 2022 8:30:00 AM | | SAP | SAP | | | 5 | -CC | 1 | A5H | H-******************************* |
| | | | | | | | | | 2 | A5H | H-COMPANION REPORTED AT GATE FOR FLT 614 THAT PAX |
| | | | | | | | | | 3 | A5H | H-KEVIN IN WCHR WAS ASTHMATIC AND DIABETIC AND SHE WANTED |

**American Airlines**

Record Locator:  UIGUYU          Sabre Status          Purged          Report Date & Time:  Jul 15, 2022 10:11:16 AM

| Hist Seq ID | Update Date/Time | Received From | AAA Code | Home Station Code | TTY Office | TTY Airline or CRS Code | Duty Code | Agent Sine | Trans Seq Nbr | Code | History Data |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | Jun 5, 2022 8:30:00 AM | | SAP | SAP | | | 5 | -CC | 4 | A5H | H-TO MODIFY THEIR CONNECTION FROM MIA TO LGA FOR AN EARLIER |
| | | | | | | | | | 5 | A5H | H-FLIGHT BUT NONE WAS AVAILABLE AND PAX WAS ALREADY |
| | | | | | | | | | 6 | A5H | H-REBOOKED. PAX DIDNT NOTIFY ANY OTHER ISSUE WITH HER OR |
| | | | | | | | | | 7 | A5H | H-COMPANION IN WHCR |
| | | | | | | | | | 8 | A5H | H-************************************* |
| | | | | | | | | | 9 | A5H | H-05JUN22 -CC C CRUZ SAP 073041 AM |
| 33 | Jun 5, 2022 8:25:00 AM | HDQRM1S051325 52AC0C4A-001 NRL | PLT | PLT | | | | | 1 | A4O | OSI AA RLOC HDQ1SUDUZFG |
| | | | | | | | | | | A5H | H-ORIG PNR SIGNATURE PLT.PLTRM1S |
| 32 | | | CUN | CUN | | | 5 | 5RL | 1 | A5H | H-SPLIT FR/082547/05JUN22 LRCITD 02/02 01/01 GREENIDGE/KEVI |
| 31 | Jun 5, 2022 3:51:00 AM | CKI | | | | | | | 1 | X4S | SSR DOCS AA HK1  /P/USA/658829274/USA/15MAR08/M/1AUG26/GREENIDGE/KEVIN/ISMAEL//S1 |
| | | | | | | | | | 2 | X4S | SSR DOCA AA HK1  /R/US |
| | | | | | | | | | 3 | A4S | SSR DOCS AA HK1  /P/USA/658829274/USA/15MAR08/M/1AUG26/GREENIDGE/KEVIN/ISMAEL//S1 |
| | | | | | | | | | 4 | A4S | SSR DOCA AA HK1  /R/US |
| | | | | | | | | | 5 | A4S | SSR PCTC AA HK  PSGR/DECLINED |
| | | | | | | | | | 6 | A4S | SSR PCTC AA HK  KEVIN GREENIDGE/US4685341275 |
| 30 | Jun 4, 2022 8:55:00 PM | | CUN | CUN | | | 7 | JAA | 1 | A5H | H-************************************* |
| | | | | | | | | | 2 | A5H | H--***CUSTOMER WAS TAKEN BY PARAMEDICS TO********* |
| | | | | | | | | | 3 | A5H | H-***AMERIMED CANCUN HOPITAL*********************** |
| | | | | | | | | | 4 | A5H | H-************************************* |
| 29 | Jun 4, 2022 8:40:00 PM | | FTW | FTW | | | 7 | JCT | 1 | A5H | H-C-************************************* |
| | | | | | | | | | 2 | A5H | H-C-****CUSTOMER ILLNESS   EVENT 220601262  ***** |
| | | | | | | | | | 3 | A5H | H-C-0614/4 SAP-MIA DIVERTED CUN ACCOUNT 14YRS MALE |
| | | | | | | | | | 4 | A5H | H-C-PASSENGER KEVIN GREENIDGE UNCONSCIOUS AND HAD NO PULSE. |
| | | | | | | | | | 5 | A5H | H-C-DOCTOR AND NURSE ONBOARD RENDERED AID. EMERGENCY WAS |
| | | | | | | | | | 6 | A5H | H-C-DECLARED AND FLIGHT LANDED OVERWEIGHT WITHOUT INCIDENT |
| | | | | | | | | | 7 | A5H | H-C-PARAMEDICS MET THE FLIGHT AND TRANSPORTED PASSENGER |
| | | | | | | | | | 8 | A5H | H-C-TO HOSPITAL. PASSENGER WILL REQUIRE A MEDICAL CERTIF |
| | | | | | | | | | 9 | A5H | H-C-STATING HE IS STABLE FOR AIR TRAVEL. |
| | | | | | | | | | 10 | A5H | H-C-SCSM/JTORRES/4JUN22. |
| | | | | | | | | | 11 | A5H | H-C-************************************* |

## American Airlines

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Record Locator:** UIGUYU | | | **Sabre Status** | **Purged** | | | **Report Date & Time:** Jul 15, 2022 10:11:16 AM |

| Hist Seq ID | Update Date/Time | Received From | AAA Code | Home Station Code | TTY Office | TTY Airline or CRS Code | Duty Code | Agent Sine | Trans Seq Nbr | Code | History Data |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | Jun 4, 2022 3:31:00 PM | WWW$RPTODM | CRC | CRC | | | 8 | OD3 | 1 | A4G | AA1735B Jun05,2022 MIALGA SS/ 27E |
| 27 | Jun 4, 2022 3:25:00 PM | RIPACLIENT | CRC | CRC | | | 8 | OD2 | 1 | A4S | SSR BESH AA NN1  1735B5JUN/NN1 |
| 26 | Jun 4, 2022 3:24:00 PM | REAACCOM UPDATE | CRC | CRC | | | 8 | YMG | 1 | A5H | H-/OSO$04JUN13 |
| | | | | | | | | | 2 | A5H | H-/OSO$DLY$INTL$04JUN |
| | | | | | | | | | 3 | X4S | SSR TKNE AA HK1  MIALGA1171B04JUN/0017757081867C4 |
| | | | | | | | | | 4 | X4S | SSR BESH AA NN1  1171B4JUN/NN1 |
| | | | | | | | | | 5 | X4G | AA1171B Jun04,2022 MIALGA HK/ 32B |
| | | | | | | | | | 6 | SC | AA 1171 B Jun05,2022 MIALGA /NO2 19:39 22:40 |
| | | | | | | | | | 7 | AS | AA 1735 B Jun05,2022 MIALGA /KK2 18:25 21:20 |
| 25 | Jun 4, 2022 2:56:00 PM | WWW$RPTREACCOM | HDQ | HDQ | | | 5 | IRP | 1 | X4S | SSR IRSS NN2  / AA0614ISAPMIA202206041851DLYB202206050240SAPLGA202206071851Y0 NN2 |
| | | | | | | | | | 2 | A4S | SSR IRSS NN2  / AA0614ISAPMIA202206041851DLYB202206050240SAPLGA202206071851Y0 NN2 |
| 24 | Jun 4, 2022 2:19:00 PM | WWW$RPTREACCOM | HDQ | HDQ | | | 5 | IRP | 1 | X4S | SSR IRSS NN2  / AA0614ISAPMIA202206041851DLYB202206050240SAPLGA202206071851Y0 NN2 |
| | | | | | | | | | 2 | A4S | SSR IRSS NN2  / AA0614ISAPMIA202206041851DLYB202206050240SAPLGA202206071851Y0 NN2 |
| 23 | Jun 4, 2022 2:08:00 PM | WWW$RPTREACCOM | HDQ | HDQ | | | 5 | IRP | 1 | X4S | SSR IRSS NN2  / AA0614ISAPMIA202206041851DLYB202206050240SAPLGA202206071851Y0 NN2 |
| | | | | | | | | | 2 | A4S | SSR IRSS NN2  / AA0614ISAPMIA202206041851DLYB202206050240SAPLGA202206071851Y0 NN2 |
| 22 | Jun 4, 2022 1:22:00 PM | REAACCOM UPDATE | CRC | CRC | | | 8 | YMG | 1 | A5H | H-/OSO$04JUN13 |
| | | | | | | | | | 2 | A5H | H-/OSO$DLY$INTL$04JUN |
| 21 | Jun 4, 2022 1:17:00 PM | WWW$RPTREACCOM | HDQ | HDQ | | | 5 | IRP | 1 | X4S | SSR IRSS NN2  / AA0614ISAPMIA202206041851DLYB202206050240SAPLGA202206071851Y0 NN2 |
| | | | | | | | | | 2 | A4S | SSR IRSS |

AA 000006

## American Airlines

Record Locator:  UIGUYU                    Sabre Status            Purged                                    Report Date & Time:  Jul 15, 2022 10:11:16 AM

| Hist Seq ID | Update Date/Time | Received From | AAA Code | Home Station Code | TTY Office | TTY Airline or CRS Code | Duty Code | Agent Sine | Trans Seq Nbr | Code | History Data |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | Jun 4, 2022 1:17:00 PM | WWW$RPTREACCOM | HDQ | HDQ | | | 5 | IRP | | | NN2 / AA0614ISAPMIA202206041851DLYB202206050240SAPLGA202206071851Y0 NN2 |
| 20 | Jun 4, 2022 1:15:00 PM | REAACCOM UPDATE | CRC | CRC | | | 8 | YMG | 1 | A5H | H-/OSO$04JUN13 |
| | | | | | | | | | 2 | A5H | H-/OSO$DLY$INTL$04JUN |
| 19 | Jun 4, 2022 1:10:00 PM | SAPEBH | SAP | SAP | | | 5 | EBH | 1 | A4S | SSR WCHR  NN1  1 |
| 18 | Jun 4, 2022 1:03:00 PM | WWW$RPTREACCOM | HDQ | HDQ | | | 5 | IRP | 1 | X4S | SSR IRSS NN2 / AA0614ISAPMIA202206041851DLYB202206050240SAPLGA202206071851Y0 NN2 |
| | | | | | | | | | 2 | A4S | SSR IRSS NN2 / AA0614ISAPMIA202206041851DLYB202206050240SAPLGA202206071851Y0 NN2 |
| 17 | Jun 4, 2022 12:39:00 PM | REAACCOM UPDATE | CRC | CRC | | | 8 | YMG | 1 | A5H | H-/OSO$04JUN13 |
| | | | | | | | | | 2 | A5H | H-/OSO$DLY$INTL$04JUN |
| 16 | Jun 4, 2022 12:35:00 PM | WWW$RPTREACCOM | HDQ | HDQ | | | 5 | IRP | 1 | X4S | SSR IRSS NN2 / AA0614ISAPMIA202206041851DLYB202206050240SAPLGA202206071851Y0 NN2 |
| | | | | | | | | | 2 | A4S | SSR IRSS NN2 / AA0614ISAPMIA202206041851DLYB202206050240SAPLGA202206071851Y0 NN2 |
| 15 | Jun 4, 2022 12:03:00 PM | | HDQ | HDQ | | | 4 | TVL | 1 | A4S | SSR PCTC AA HK  KEVIN GREENIDGE/US4685341275 |
| | | | | | | | | | 2 | A4S | SSR PTPH AA HK1  PTPH AA HK1/10000000000 |
| | | | | | | | | | 3 | A4S | SSR PTEM AA HK1  PTEM AA HK1/NOEMAILADDRESS//NULL.COM |
| 14 | Jun 4, 2022 11:50:00 AM | WWW$RPTIROP | HDQ | HDQ | | | 5 | IRP | 1 | A4S | SSR IRSS NN2 / AA0614ISAPMIA202206041851DLYB202206050240SAPLGA202206071851Y0 NN2 |
| 13 | Jun 4, 2022 11:10:00 AM | RIPACLIENT | CRC | CRC | | | 8 | OD2 | 1 | XS | AA 1389 B Jun04,2022 MIALGA /HK2 20:32 23:30 |
| 12 | | | SAP | SAP | | | 5 | -FR | 1 | AS | AA 1389 B Jun04,2022 MIALGA /SS2 20:32 23:30 |
| 11 | Jun 4, 2022 12:02:00 AM | REAACCOM UPDATE | CRC | CRC | | | 8 | YMG | 1 | A5H | H-/OSO$04JUN13 |
| | | | | | | | | | 2 | A5H | H-/OSO$DLY$INTL$04JUN |
| 10 | May 28, 2022 4:38:00 AM | CKI | | | | | | | 1 | X4S | SSR DOCS AA HK1  /DB/15MAR08/M/GREENIDGE/KEVINISMAEL |
| | | | | | | | | | 2 | A4S | SSR DOCS AA HK1  /P/USA/658829274/USA/15MAR08/M/12AUG26/GREENIDGE/KEVIN/ ISMAEL//S1 |
| 9 | May 28, 2022 | | LGA | LGA | | | 5 | 4NP | | A5H | H-DOX OK |

## American Airlines

| Record Locator: UIGUYU | Sabre Status | Purged | Report Date & Time:  Jul 15, 2022 10:11:16 AM |
|---|---|---|---|

| Hist Seq ID | Update Date/Time | Received From | AAA Code | Home Station Code | TTY Office | TTY Airline or CRS Code | Duty Code | Agent Sine | Trans Seq Nbr | Code | History Data |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 3:44:00 AM | | LGA | LGA | | | 5 | 4NP | 2 | A5H | H-TIMATIC AUTOCHECK - CONDITIONAL ID 1 |
| | | | | | | | | | 3 | A5H | H-MESSAGE - TMID 10672 |
| | | | | | | | | | 4 | A5H | H-N PARSAN/LGA/28MAY/0444AM |
| 8 | | CKI | | | | | | | 1 | A4S | SSR PCTC AA HK  PSGR/DECLINED |
| 7 | | CKI | | | | | | | 1 | A4S | SSR DOCA AA HK1  /R/US |
| 6 | May 28, 2022 3:42:00 AM | | LGA | LGA | | | 5 | 4NP | 1 | A5H | H-DOX OK |
| | | | | | | | | | 2 | A5H | H-TIMATIC AUTOCHECK - CONDITIONAL ID 1 |
| | | | | | | | | | 3 | A5H | H-MESSAGE - TMID 10672 |
| | | | | | | | | | 4 | A5H | H-N PARSAN/LGA/28MAY/0442AM |
| 5 | Apr 3, 2022 8:16:00 PM | WWW$RPTODM | CRC | CRC | | | 8 | OD1 | 1 | A4G | AA1249B May28,2022 LGAMIA SS/ 32B |
| | | | | | | | | | 2 | A4G | AA1635B May28,2022 MIASAP SS/ 28B |
| | | | | | | | | | 3 | A4G | AA614B Jun04,2022 SAPMIA SS/ 32D |
| | | | | | | | | | 4 | A4G | AA1171B Jun04,2022 MIALGA SS/ 32B |
| 4 | Apr 3, 2022 8:05:00 PM | RIPACLIENT | CRC | CRC | | | 8 | OD2 | 1 | A4S | SSR BESH AA NN1  1249B28MAY/NN1 |
| | | | | | | | | | 2 | A4S | SSR BESH AA NN1  1635B28MAY/NN1 |
| | | | | | | | | | 3 | A4S | SSR BESH AA NN1  614B4JUN/NN1 |
| | | | | | | | | | 4 | A4S | SSR BESH AA NN1  1171B4JUN/NN1 |
| 3 | Apr 3, 2022 8:03:00 PM | HDQRM1S040103 533D1CF5-001 | PLT | PLT | | | | | 1 | A4S | SSR TKNE AA HK1  LGAMIA1249B28MAY/0017757081867C1 |
| | | | | | | | | | 2 | A4S | SSR TKNE AA HK1  MIASAP1635B28MAY/0017757081867C2 |
| | | | | | | | | | 3 | A4S | SSR TKNE AA HK1  SAPMIA0614B04JUN/0017757081867C3 |
| | | | | | | | | | 4 | A4S | SSR TKNE AA HK1  MIALGA1171B04JUN/0017757081867C4 |
| 2 | Apr 3, 2022 4:10:00 PM | RIPACLIENT | CRC | CRC | | | 8 | OD2 | 1 | A4S | SSR YADT  NN1  YADT  /15MAR08 NN1 |
| 1 | Apr 3, 2022 4:02:00 PM | HDQRM1S032102 520BD4A0-001 | PLT | PLT | | | | | 1 | A4S | SSR DOCS AA HK1  /DB/15MAR08/M/GREENIDGE/KEVINISMAEL |

```
SC1WHAIC 23 MAR 23 09:54   MAINTENANCE HISTORY              PAGING =
                                                           PAGE 01
M&E P/N: 99-2563-9-0001  S/N: 0079    TRACKING: 0000000   A/C: 0000
MFG P/N: 350-TSO-US-10             MFG S/N: A/C3ED0001     SOFT TIME:
        DEFIBRILLATOR, AED (HEARTSINE)

INSTALL DATE: 06 FEB 20  EMP: Z9999  NHA: 08-2000-9-0001 3ED  A/C
REMOVAL DATE: 05 JUN 22  EMP: 607705 STA: N/A POS: 01        OFF A/C: 3ED  X
REASON: AC RECDS REMOVAL UNSCHED      LOG PAGE: 0000000  SHOP:
MAINT ACCOM:          NO REPORT YET   SERVICED BY:       INSPECT BY:
MAJOR REPAIR: N    TSO-REMOVAL TSO-INSTALL   TS-REPAIR  TOTAL-TIME  ALLOW-TIME

CYCLES              502434:00   500000:00   502434:00   502434:00      0:00
FLYING TIME         505429:19   500000:00   505429:19   505429:19      0:00
  COMMENTS:
* 607705 IMS 607705 DELETE PSN
* IVU 607705 RMVD PSN / MISSNG FRM AC OWDT 38157/INSTL ONLY MSN
  14D00902577




    RETURN-TO-ORIGINATING-PROGRAM
GCS078I  *** ADDITIONAL PAGES FOLLOW ***
```

AA 000009

CLOSED

3ED
NOSE #

9324040
MIC #

2563
ATA CODE

ADD DATE: 04 JUN 2022      ADD TIME:0059      ADD STATION: CUN

DEF Code:   MEL      DEF #: 25-11A      DEFIBRILLATOR OPT.1      CONTROL #: 0412A00

STATION: CUN      FLIGHT #: 0614      ATA: 2563      LOG TYPE: NON ROUTINE CHECK      REPORTED BY: BALTAZAR (581416)      REPORTED ON: 04 JUN 2022

## MECHANIC REPORT

25-11A DEFIBRILLATOR OPT.1 -, TOTAL CYCLES AT CLOSURE: 0000000,AED WAS USED

ACTION TAKEN      MEL      STATION: CUN      DEFERRED BY: BALTAZAR (581416)
DEFERRED ON: 04 JUN 2022
PD - PENDING
ENTERED AS PNDING

ACTION TAKEN      MEL      STATION: CUN      DEFERRED BY: BALTAZAR (581416)
DEFERRED ON: 04 JUN 2022
ID - INITIAL DEFERRAL
USED AED CHECKED AND APPROVED FOR DEFERRAL IAW MEL 25-11A. ITEM
LOGGED ON MIC SHEET
MEL AUTHORIZED BY 251608 AT 05JUN2022T0759Z DISPATCH INIT MCA

FINAL ACTION      STATION: MIA      ATA: 2563      CORRECTED BY: BELIZARIO (584862)
CLOSED ON: 05 JUN 2022
INSTALLED DEFIBRILLATOR IAW AMM 25-64-00. REMOVED PLACARD AND C
LEARED MIC SHEET.
*** REPAIR AUTHORITY REFERENCE ***
IAW AMM 25-64-00.
***MOC AUTHORIZED TO CLOSE***

PARTS CHANGED

AA 000010

Part Description:

DEFIBRILLATOR,

Tracking Tag On: 6392748

M&E P/N On: 99-2563-9-0001

M&E S/N On: 2577

MFG S/N Off:

M&E P/N Off:

M&E S/N Off: 0000

COMPLIANCE: 0224045-594069-49A403-05 JUN 22 11:50 PAP-AMM-25-6/-00

PARTS REQUIRED

| Part No. | Description | QTY | Date | IPC/ESO Ref |
|----------|-------------|-----|------|-------------|
| 99-2563-9-0001 | DEFIBRILLATOR, | 1 | 05JUN22 | |

LABOR REQUIRED

| # of AMT's | Man Hours | Ground Time | Hangar Req'd |
|-----------|-----------|-------------|--------------|
| 1 | 1 | 1 | N |

MATERIAL/LABOR LAST UPDATED BY: OQUET ON 05JUN22

PARTS CHANGED

| Part # & Serial # On | MFG Serial # Off | Position |
|----------------------|------------------|----------|

SCEPTRE Maintenance Program Rev. 2.1 01 AUG 18
MPN SP-0100-AML

Control Page · American Airlines · Aircraft Maintenance Log Page

**Left Entry:**

| MECHANICAL DISCREPANCY | ARMS or FRM Code | | | |
|---|---|---|---|---|
| Flight # _614_ | DAY 04 | MONTH JUN | YEAR 22 | Employee # 58146 |

AED WAS USED

Nose Number 3 E 1

Journey Log

| DAY | MONTH | YEAR | FLT# | CA | UNIT |
|---|---|---|---|---|---|
| 04 | JUN 22 | 655 | HLP | | |
| 4 | JUN 22 | 614 | MW | | |

| ACTION TAKEN | MIC # 9324040 | MIC # if not same as Discrepancy |
|---|---|---|
| Station CUN | ATA Code 2563 | Deferral Code MEL 25-11A | Deferral Item 0412A00 | Authorization / Control # |

AED CHECKED AND APPROVED
FOR DEFERRAL IAW MEL 25-11A
ITEM LOGGED ON MIC SHEET
PLACARD INSTALLED

| DAY 04 | MONTH JUN | YEAR 22 | Signature | Employee # 58146 |

RII C

Part Installed / S/N Removed / Position

**Right Entry:**

| MECHANICAL DISCREPANCY | ARMS or FRM Code | | | |
|---|---|---|---|---|
| Flight # _614_ | DAY 04 | MONTH JUN | YEAR 22 | Employee # 58146 |

DON'T AFRAID 58146
04JUN4722
INFLIGHT MEDICAL KIT
USED

| ACTION TAKEN | MIC # 9324041 | MIC # if not same as Discrepancy |
|---|---|---|
| Station CUN | ATA Code 2563 | Deferral Code MEL 25-12 | Deferral Item 0411A00 | Authorization / Control # |

INOP IMK CHECKED AND APPROVED
FOR DEFERRAL IAW MEL 25-12
ITEM LOGGED ON MIC SHEET PLACARD
INSTALLED

| DAY 04 | MONTH JUN | YEAR 22 | Signature | Employee # 58146 |

RII C

Part Installed / S/N Removed / Position

---

Engine and APU Oil Service (Enter Number of Pints Added)

**Note: MIC Item must be entered into SAFE or equivalent computer system.**

| DAY | MONTH | Flight # | Station | Eng # 1 | Eng # 2 | APU Oil | APU Hours | Auth Code | Employee # |
|---|---|---|---|---|---|---|---|---|---|
| 04 | JUN | 614 | CUN | 2 | 2 | N/A | N/A | MK45VG | 718703 |
| 04 | JUN | 614 | CUN | N/A | N/A | 0 | 19007.4 | MK45VG | 718703 |

Aircraft Airworthiness Release

| DAY | MONTH | YEAR | Signature | Employee # | |
|---|---|---|---|---|---|
| | | | | | |
| Type Check or Reason | | | | Station | |