**From:** Kelly Kolb <Kelly.Kolb@bipc.com>
**Date:** July 19, 2023 at 5:13:13 PM EDT
**To:** "Thomas P. Giuffra" <tgiuffra@rheingoldlaw.com>
**Cc:** "Argia J. DiMarco" <argia.dimarco@bipc.com>, Victoria Tochin <vtochin@rheingoldlaw.com>
**Subject: Arzu v AA - decoded AA 9-12**

Tom:

As promised during last week's hearing, I have the following information related to the codes on AA 09-12, copies of which are attached.

AA 0012 is a Maintenance Item Control Log (MIC Log) and shows that the AED device was "used" on 6/4 and was "deferred" (to be taken out of service) from the "MEL" (minimum equipment list, required by the FAA) in Cancun.

AA 0010-11 reflects the computer database entry of the MIC Log and shows the AED device was "removed" from service on 6/5/20.

AA 0010 shows that a new AED was installed on 6/5 pursuant to "AMM 25-64-00" (Aircraft Maintenance Manual Ch. 25-64-00). The part # on AA 0012 is a generic part # for all AEDs and does not identify any specific AED device. That same part # is also shown on AA 009.

AA 009 shows:
1. The S/N 0079 is a pseudo serial number for the AED at issue since AA was not tracking the location of most legacy AEDs when this one was used, as shown in the following data entry "tracking 00000."
2. The MFG P/N is the AED manufacturer's part number and is not specific to the AED at issue.
3. The Install Date of 2/6/20 is a pseudo (not actual) install date for the AED at issue. It refers to the date a new AED tracking system went live.
4. EMP Z9999 is a pseudo (not actual) employee number for the (unknown) employee who originally installed the AED at issue.
5. Removal date 6/5/22 and EMP 607705 reflect the actual date the AED at issue was removed from service and the employee # of the employee removing the device from service.
6. "Reason: AC RECDS Removal Unsched" refers to the fact that the AED was removed from the aircraft because of an unscheduled reason – in this case, use.
7. TSO-Removal refers to the number of flight cycles (one take-off and landing is one cycle) and flying time (hours in the air) during which the AED was in service after installation. Since the actual install date for the AED at issue is unknown, the pseudo date of 2/6/20 (the date the tracking system went live) is used to approximate the cycles and flight hours the AED was in service. You ignore the "50" prefix to the numbers in the TSO-Removal column to find that, since 2/6/20, the AED at issue had been in service for 2,434 flight cycles and 5,429.19 flight hours.

8. TSO-Install are all pseudo numbers since the actual install date is not known, as are the TS-Repair and Total-Time numbers.
9. Allow Time refers to the amount of flight time a particular part is allowed to remain on the aircraft. Since the AEDs are not life limited parts and potentially have unlimited flight time capabilities, the Allow Time shows "0" or null.
10. The final line "IVU…14D00902577" refers to:
    1. The employee # (607705) who removed the AED device from service
    2. The off wing parts discrepancy tool ("OWDT") which is used to track the need for a replacement AED
    3. And the installation of a new AED with serial number 14D00902577

**Mr. Kelly Kolb**
**Shareholder**
401 East Las Olas Boulevard
Suite 2250
Ft. Lauderdale, FL 33301
954 703 3900 (office)
954 703 3944 (direct)
kelly.kolb@bipc.com

vCard | Bio | BIPC.com | Twitter | LinkedIn

**Buchanan Ingersoll & Rooney PC**