UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Melissa Arzu,

        Plaintiff,

-against-

American Airlines, Inc.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2023

1:23-cv-02116 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today with the parties, and for the reasons stated on the record, it is hereby ORDERED as follows:

1. For purposes of Defendant's Motion to Dismiss (ECF No. 20) only, the parties stipulate that American Airlines has extensive business contacts, including significant physical infrastructure and thousands of employees, in New York.

2. The deadline for Plaintiff to file her opposition to Defendant's Motion to Dismiss is extended until Friday, July 28, 2023.

3. The deadline for Defendant to file any reply is extended until Friday, August 11, 2023.

**SO ORDERED.**

Dated:    New York, New York
            July 14, 2023

_____
STEWART D. AARON
United States Magistrate Judge