**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MELISSA ARZU, ET AL.,

                Plaintiffs,

  -against-                                              23 **CIVIL** 2116 (SDA)

                                                                   **JUDGMENT**

AMERICAN AIRLINES, INC.,

                Defendant.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 31, 2023, Defendant's motion to dismiss (ECF No. 20) is GRANTED, and Plaintiffs' motion to amend (ECF No. 26) is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

       September 25, 2023

                                                                  **RUBY J. KRAJICK**

                                                                    Clerk of Court

                                 **BY:**

                                                                    Deputy Clerk